# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| LAKEISHA J. GOVAN, ) | Case No. 3:10-CV-3132-MBS-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| CATERPILLAR INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the parties' settlement of this action, Plaintiff Lakeisha Govan and Defendant Caterpillar Inc. hereby stipulate that Plaintiff's Complaint be and hereby is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

LAKEISHA GOVAN

By  s/ J. Scott Kozacki
    J. Scott Kozacki (FID 5456)
    Willcox, Buyck,& Williams PA
    PO Box 1909
    Florence, SC 29503-1990
    Telephone: (843) 664-3364
    Facsimile: (843) 664-3358
    Email: skozacki@willcoxlaw.com

  Attorney for Plaintiff

CATERPILLAR INC.

By s/ Vance Bettis
    Vance J. Bettis (FID 1323)
    Gignilliat Savitz and Bettis LLP
    900 Elmwood Ave., Suite 100
    Columbia SC 29201
    Telephone: (803) 799-9311
    Facsimile: (803) 254-6951
    Email: vbettis@gsblaw.net

 By s/ John T. Murray
    John T. Murray
    Georgia Bar No. 531998
    Admitted Pro Hac Vice
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E. - Suite 2500

2

Atlanta, Georgia 30309
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
Email: jmurray@seyfarth.com

Attorneys for Defendant

Dated: December 10, 2012

2